**Order filed December 21, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00124-CV
_____

**ROSEMARY TOOKER, Appellant**

**V.**

**ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06192**

---

## O R D E R

The clerk's record was filed June 09, 2015 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **Defendant's Objections and Motion to Strike Plaintiff's Third Amended Petition, and Alternatively, Plea to the Jurisdiction, Traditional, and No Evidence Motions for Summary Judgment and all exhibits thereto**, filed July 29, 2014.

.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 30, 2016, containing **<u>Defendant's Objections and Motion to Strike Plaintiff's Third Amended Petition, and Alternatively, Plea to the Jurisdiction, Traditional, and No Evidence Motions for Summary Judgment and all exhibits thereto</u>**, filed July 29, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM